| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
E. MENDONZA & CO. INC.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
66-0442629

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **CARR. 174 KM. 3.6** <br> **BARRIO JUAN SANCHEZ** <br> **Bayamon, PR 00956** <br> Number, Street, City, State & ZIP Code | **PO BOX 10684** <br> **San Juan, PR 00922-0684** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Bayamon** <br> County | Location of principal assets, if different from principal place of business <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **E. MENDONZA & CO. INC.** Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **E. MENDONZA & CO. INC.**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **E. MENDONZA & CO. INC.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2016**
MM / DD / YYYY

X **/s/ MARTA FERNANDEZ TORRES**      **MARTA FERNANDEZ TORRES**
Signature of authorized representative of debtor      Printed name

Title **SECRETARY**

**18. Signature of attorney**

X **/s/ Nelson Robles Diaz**      Date **August 22, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Nelson Robles Diaz**
Printed name

**Nelson Robles Diaz Law Offices, PSC**
Firm name

**PO Box 192302**
**San Juan, PR 00919-2302**
Number, Street, City, State & ZIP Code

Contact phone **787-294-9518**   Email address **nroblesdiaz@gmail.com**

**204410**
Bar number and State

Fill in this information to identify the case:

Debtor name: **E. MENDONZA & CO. INC.**

United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **AEE** PO Box 364267 San Juan, PR 00936-4267 | | | | | | $0.00 |
| **AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS** PO Box 7066 San Juan, PR 00916-7066 | | | | | | $0.00 |
| **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 San Juan, PR 00936-2708 | | 2008 MBNZ 300C ACCOUNT #02500221980049033 POPULAR LEASING | | $0.00 | Unknown | Unknown |
| **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 San Juan, PR 00936-2708 | | 2014 TOYOTA RAV 4 ACCOUNT# 02500221980000611 POPULAR LEASING | | $0.00 | Unknown | Unknown |
| **BANCO POPULAR DE PUERTO RICO** PO BOX 362708 San Juan, PR 00936-2708 | | | Disputed | $161,250.00 | $0.00 | $161,250.00 |
| **BANCO SANTANDER DE PUERTO RICO** PO Box 362589 San Juan, PR 00936-2589 | | | Disputed | $555,643.06 | $0.00 | $555,643.06 |

Debtor **E. MENDONZA & CO. INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CARIBBEAN INVESTMENT & ACQUISTION CORP.** PO BOX 190085 San Juan, PR 00919 | | **PONCE - AVE. FAGOT** | | $2,887,778.47 | $0.00 | $2,887,778.47 |
| **CARIBBEAN INVESTMENT & ACQUISTION CORP.** PO BOX 190085 San Juan, PR 00919 | | **CAGUAS VILLA, AGUADILLA, ALMACEN & LOMAS VERDES** | | $651,590.14 | $0.00 | $651,590.14 |
| **CORPORACION FONDO SEGURO DEL ESTADO** PO Box 365028 San Juan, PR 00936-5028 | | | | | | $24,980.90 |
| **CRIM** PO Box 195387 San Juan, PR 00919-5387 | | | | | | Unknown |
| **DEPARTAMENTO DE HACIENDA** PO BOX 9024140 San Juan, PR 00902-4140 | | | **Disputed** | | | $143,590.13 |
| **DEPARTAMENTO DEL TRABAJO** PO Box 195540 San Juan, PR 00918-5540 | | | | | | $0.00 |
| **ELEVEN ELEVEN CORP.** PO BOX 305 Catano, PR 00963-0305 | | | | | | $27,116.78 |
| **FANOVIDAL SE** MSC #6152 ESTACION #1 Bayamon, PR 00960 | | **RENT FOR JULY AND AUGUST 2016 ($8,107.91) LOCAL- CANTON MALL** | | | | $24,431.64 |
| **INTERNAL REVENUE SERVICES** City View Plaza II Bldg. 48 Carr 165 km.1.2 Guaynabo, PR 00968-8000 | | | | | | Unknown |
| **MATILDE NADAL DE VIDAL, INC.** MSC #6152 ESTACION #1 Bayamon, PR 00960 | | **RENT FOR AUGUST 2016 LOCAL-ARECIBO** | | | | $5,664.60 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **E. MENDONZA & CO. INC.**   Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TSFPR**<br>**1501 WEST COPANS ROAD SUITE 103**<br>**Pompano Beach, FL 33064** | | | | | | **$890,602.46** |
| **VISTA VERDE SHOPPING CENTER INC.**<br>**PO BOX 3065**<br>**Mayaguez, PR 00681** | | **ATENTION: MANUEL DURAN SOBRINO** | | | | **$0.00** |
| **WORLD FINANCIAL CORP.**<br>**PO BOX 364027**<br>**San Juan, PR 00936-4027** | | **POLIZA SEGURO BALANCE AS OF 8/20/2016** | | | | **$9,887.79** |

E. MENDONZA & CO. INC.
PO BOX 10684
SAN JUAN, PR 00922-0684

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

NELSON ROBLES DIAZ
NELSON ROBLES DIAZ LAW OFFICES, PSC
PO BOX 192302
SAN JUAN, PR 00919-2302

DEPARTAMENTO DEL TRABAJO
PO BOX 195540
SAN JUAN, PR 00918-5540

AEE
PO BOX 364267
SAN JUAN, PR 00936-4267

ELEVEN ELEVEN CORP.
PO BOX 305
CATANO, PR 00963-0305

AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS
PO BOX 7066
SAN JUAN, PR 00916-7066

RANGEL SE
MSC #6152 ESTACION #1
BAYAMON, PR 00960

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN, PR 00936-2708

INTERNAL REVENUE SERVICES
CITY VIEW PLAZA II BLDG.
48 CARR 165 KM.1.2
GUAYNABO, PR 00968-8000

BANCO SANTANDER DE PUERTO RICO
PO BOX 362589
SAN JUAN, PR 00936-2589

MATILDE NADAL DE VIDAL, INC.
MSC #6152 ESTACION #1
BAYAMON, PR 00960

CARIBBEAN INVESTMENT & ACQUISTIONS CORP.
PO BOX 190085
SAN JUAN, PR 00919

NSF CORP.
1501 WEST COPANS ROAD
SUITE 103
POMPANO BEACH, FL 33064

CORPORACION FONDO SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR 00936-5028

VISTA VERDE SHOPPING CENTER INC.
PO BOX 3065
MAYAGUEZ, PR 00681

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

WORLD FINANCIAL CORP.
PO BOX 364027
SAN JUAN, PR 00936-4027

# United States Bankruptcy Court
## District of Puerto Rico

In re  **E. MENDONZA & CO. INC.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **E. MENDONZA & CO. INC.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 22, 2016**  
Date

**/s/ Nelson Robles Diaz**  
**Nelson Robles Diaz**  
Signature of Attorney or Litigant  
Counsel for  **E. MENDONZA & CO. INC.**  
**Nelson Robles Diaz Law Offices, PSC**  
**PO Box 192302**  
**San Juan, PR 00919-2302**  
**787-294-9518 Fax:787-294-9519**  
**nroblesdiaz@gmail.com**

# E. MENDOZA & CO. INC.

## CERTIFICATE OF RESOLUTION

I, Marta Fernández Torres, Secretary of **E. Mendoza & Co., Inc.,** do hereby **CERTIFY** that at a special meeting of the corporation held in the corporation's offices at Bayamón, Puerto Rico on the 19th day of August 2016, the following Resolution was duly adopted and approved:

"**RESOLVED** by a majority vote of the Directors of E. Mendoza & Co., Inc., a domestic corporation, to authorize and order its president, Eduardo Mendoza, to subscribe, file and make oath, on behalf of this corporation, to a petition for Bankruptcy under Chapter 11 of the Unites States Bankruptcy Code, and further to sign, make oath and file the Statement of Affairs, Schedules and all other motions, petitions, documents and pleadings necessary in said proceeding, an it is further **RESOLVED**, that Eduardo Mendoza be and hereby is authorized to retain Nelson Robles Diaz Law Offices P.S.C., to represent the corporation in said proceedings."

**IN TESTIMONY WHEREOF,** I hereunto set my hand and Seal of the Corporation in San Juan, Puerto Rico, this 19th day of August 2016.

*Marta Fernández Torres*
Secretary